UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARC CLOUD,<br><br>            Plaintiff,<br><br>    v.<br><br>JAMES M. SOMMERVILLE, INC.,<br><br>            Defendant. | Case No. 5:15-cv-03274-HRL<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

On October 13, 2015, this court issued a scheduling order referring the parties to court-sponsored mediation, with the mediation to be held within 90 days from the date of the referral. Additionally, the court set a May 31, 2016 final pretrial conference and directed the parties to comply with the undersigned's Standing Order re Pretrial Preparation. (Dkt. 17). When the parties failed to submit the requisite pretrial filings, this court directed them to file a status report.

The parties now advise that no mediation was ever held. Additionally, they provide no explanation why they failed to make their pretrial filings as required by this court's orders.

Accordingly, lead counsel shall appear on May 31, 2016, 1:30 p.m., Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause

1   why they should not be sanctioned for failure to comply with this court's orders.

2       SO ORDERED.

3   Dated:   May 27, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-03274-HRL Notice has been electronically mailed to:

Huy Ngoc Tran    huy@jawlawgroup.com, jocelyn@jawlawgroup.com, oriana@jawlawgroup.com, tomas@jawlawgroup.com

Michael Steven Sosnowski    soslaw@pacbell.net

Tomas Eduardo Margain    Tomas@jawlawgroup.com, huy@jawlawgroup.com, Jocelyn@jawlawgroup.com, margainlaw@hotmail.com